IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GARY RITTENHOUSE,              )
                               )
          Plaintiff,           )       8:05CV217
                               )
     v.                        )
                               )
UNITEDHEALTH GROUP LONG TERM   )       ORDER
DISABILITY INSURANCE PLAN,     )
                               )
          Defendant.           )
_____)
```

　　　　This matter is before the Court on the application of counsel for leave to withdraw (Filing No. 15).  The Court notes defendant is now represented by Blackwell, Sanders, Peper, Martin, LLP.  Accordingly,

　　　　IT IS ORDERED that the application of counsel for leave to withdraw is granted.  McGrath, North, Mullin & Kratz is deemed withdrawn as counsel of record.

　　　　DATED this 30th day of August, 2005.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　United States District Court