IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GARY RITTENHOUSE,              )
                               )
          Plaintiff,           )      8:05CV217
                               )
     v.                        )
                               )
UNITEDHEALTH GROUP LONG TERM   )      ORDER
DISABILITY INSURANCE PLAN,     )
                               )
          Defendant.           )
_____)
```

This matter is before the Court after a planning conference with counsel. Pursuant thereto,

IT IS ORDERED:

1) Plaintiff shall notify the Court on or before November 7, 2005, if there needs to be further discovery or whether the matter can be submitted on the administrative record.

2) If no further discovery is necessary, the parties shall file cross-motions for summary judgment, together with supporting briefs, on or before December 9, 2005.

3) Answer briefs shall be submitted on or before January 9, 2006.

4) If the parties wish to submit reply briefs, they shall first obtain leave of court.

DATED this 17th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court