IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GARY RITTENHOUSE,              )
                               )
            Plaintiff,         )      8:05CV217
                               )
       v.                      )
                               )
UNITEDHEALTH GROUP LONG TERM   )      ORDER
DISABILITY INSURANCE PLAN,     )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the joint motion for extension of summary judgment filing date (Filing No. 22). Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until January 9, 2006, to file motions for summary judgment and briefs in support thereof.

DATED this 2nd day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court