IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY RITTENHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV217 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITEDHEALTH GROUP LONG TERM | ) | ORDER |
| DISABILITY INSURANCE PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsideration (Filing No. 32). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The Court's memorandum opinion and order and judgment (Filing Nos. 30 and 31) are withdrawn. This action is reinstated.

2) Defendant's motion is granted; the parties shall have until February 8, 2006, to file opposition briefs.

DATED this 1st day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court