IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY RITTENHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV217 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITEDHEALTH GROUP LONG TERM | ) | ORDER |
| DISABILITY INSURANCE PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to file reply memorandum (Filing No. 38). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the parties shall have until February 22, 2006, to submit a reply briefs.

DATED this 10th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court