```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

GARY RITTENHOUSE,              )
                               )
          Plaintiff,           )         8:05CV217
                               )
     v.                        )
                               )
UNITEDHEALTH GROUP LONG TERM   )         ORDER
DISABILITY INSURANCE PLAN,     )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the notice of withdrawal of Nicole B. Theophilus (Filing Nos. 52 and 53). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that Nicole B. Theophilus is deemed withdrawn as counsel of record.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court