IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GARY RITTENHOUSE,              )
                               )
          Plaintiff,           )      8:05CV217
                               )
     v.                        )
                               )
UNITEDHEALTH GROUP LONG TERM   )      ORDER AND JUDGMENT
DISABILITY INSURANCE PLAN,     )
                               )
          Defendant.           )
_____)
```

Pursuant to the memorandum opinion entered this date herein,

IT IS ORDERED that plaintiff's application for attorneys' fees and costs is granted. Defendant is ordered to pay the defendant $15,714.45 for attorney's fees and costs pursuant to 29 U.S.C. § 1132(g).

DATED this 8th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court